

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 20, 2023

**Filed Via ECF**
The Honorable Valerie Caproni
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    *FJerry, LLC v. Snak Club, LLC*
             Case 1: 22-cv-10449-VEC

Dear Judge Caproni:

I represent the Defendant, Snak Club, LLC, in the above-referenced matter. Pursuant to Rules 2(A) and 2(C) of Your Honor's Individual Practices in Civil Cases, Snak Club, LLC respectfully requests a thirty (30) day extension of upcoming deadlines because the parties have reached a settlement agreement in principle, and a proposed settlement draft has already been prepared and circulated for the parties' consideration. All parties consent to this extension request.  The parties also want to notify the Court of the settlement as this matter has been referred to the Court's Mediation Program, and the parties (barring unforeseen circumstances) will no longer need the mediation services.

The Court's Civil Case Management Plan and Scheduling Order ("**CMP**") dated February 7, 2023 (ECF 14) directs the parties to both (i) exchange initial disclosures and (ii) meet and confer to agree upon a joint plan for meeting discovery deadlines within 14 days and/or two weeks of that Order, respectively. *See* CMP ¶¶ 3, 5(c). This deadline is therefore February 21, 2023.

As good cause for this extension request, in view of the parties' settlement agreement in principle, the parties wish to secure an extension of the above-referenced deadlines to finalize the settlement and resolve this case. This is the first extension request for these deadlines. If this extension request is granted, the deadline for the parties to exchange initial disclosures and meet and confer regarding a plan for discovery would be March 23, 2023. Other deadlines in the CMP would remain unchanged.

We appreciate the Court's attention to this matter.

Respectfully submitted,

S/ **Ryan M. Philp**

Ryan M. Philp
*Attorney for Defendant Snak Club, LLC*
Partner, Hogan Lovells US LLP
ryan.philp@hoganlovells.com
D +1 212 918 3034

    cc:    Jeffrey A. Lindenbaum

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville.   Legal Services Center:  Berlin.  For more information see www.hoganlovells.com